# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2013

145340-2

CHERRYLAND ELECTRIC
COOPERATIVE,
      Petitioner-Appellee,

v

BLAIR TOWNSHIP,
      Respondent-Appellant.

_____/

CHERRYLAND ELECTRIC
COOPERATIVE,
      Petitioner-Appellee,

v

EAST BAY TOWNSHIP,
      Respondent-Appellant.

_____/

CHERRYLAND ELECTRIC
COOPERATIVE,
      Petitioner-Appellee,

v

GARFIELD TOWNSHIP,
      Respondent-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 145340
COA: 296829
MTT: 00-296021

SC: 145341
COA: 296830
MTT: 00-296028

SC: 145342
COA: 296856
MTT: 00-296026

     On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2013

_____
Clerk

t0514